UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☑ Second Amended Plan (Indicate 1ˢᵗ, 2ⁿᵈ, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1ˢᵗ, 2ⁿᵈ, etc. amended, if applicable)

DEBTOR: Clinton Anderson    JOINT DEBTOR: _____    CASE NO.: 16-18625-PGH
Last Four Digits of SS# 1313    Last Four Digits of SS# _____

MONTHLY PLAN PAYMENT: Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **60** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

- A.  $ 4,825.51 for months 1 to 4 ;
- B.  $ 5,113.51 for months 5 to 58 ;
- C.  $ 1,586.75 for months 59 to 60 ; in order to pay the following creditors:

Administrative: Attorney's Fee: $ 4,000.00    TOTAL PAID $ 500.00
Balance Due: $ 3,500.00    payable $ 500.00 /month (Months 1 to 7 )
Chapter 13: $3,500.00; Motion to Value: $500.00

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Rushmore Loan Management, LLC    Arrearage on Petition Date $ 71,919.17
Address: P.O. Box 55004    Arrears Payment    $ 800.34 /month (Months 1 to 7 )
Irvine, CA 92619    Arrears Payment    $ 1,300.34 /month (Months 8 to 58 )
Account No.: xxxx5812    Regular Payment    $ 2,928.04 /month (Months 1 to 4 )
Regular Payment    $ 3,189.86 /month (Months 5 to 58 )**
**pursuant to Notice of Mortgage Payment Change [DE 36]

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| American Honda Finance P.O. Box 168088 Irving, TX 75016 Acct # xxxx2435 | 2008 Honda Odyssey FMV: $8,053.54 | 5.50% | $158.44 | 1 To 58 | $9,189.52 |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____    Total Due  $_____
Payable  $_____ /month (Months ___ to ___) Regular Payment $_____

Unsecured Creditors: Pay $ 1,442.50 /month (Months 59 to 60 ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:
Debtor will continue to pay first mortgage to FNMA (account # xxxx6743) direct.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Sean M. Murray, Esq. (Attorney for Debtor)
Debtor
Date: 09/30/2016

LF-31 (rev. 01/08/10)