UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

## CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☑ __First__ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: __Clinton Anderson__    JOINT DEBTOR: _____    CASE NO.: __16-18625-PGH__
Last Four Digits of SS# __1313__    Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

  A. $__3,464.16__ for months __1__ to __10__;
  B. $__5,401.13__ for months __11__ to __58__;
  C. $__1,586.75__ for months __59__ to __60__; in order to pay the following creditors:

Administrative: Attorney's Fee: $__4,525.00__    TOTAL PAID $__500.00__
  Balance Due: $__4,025.00__    payable $__350.00__ /month (Months __1__ to __10__)
  payable $__525.00__ /month (Month __11__)
  Chapter 13: $3,500.00; Motion to Value: $500.00; Modification: $525.00

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. __Rushmore Loan Management, LLC__    Arrearage on Petition Date $__71,919.17__
Address: __P.O. Box 55004__    Arrears Payment    $__638.54__ /month (Months __1__ to __10__)
__Irvine, CA 92619__    Arrears Payment    $__851.23__ /month (Month __11__)
Account No: __xxxx5812__    Arrears Payment    $__1,376.23__ /month (Months __12__ to __58__)
  Regular Payment    $__2,236.54__ /month (Months __1__ to __10__)
  Regular Payment    $__3,366.65__ /month (Months __11__ to __58__)

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| American Honda Finance P.O. Box 168088 Irving, TX 75016 Acct # xxxx2435 | 2008 Honda Odyssey FMV: $8,053.54 POC #1 | 5.50% | $116.29 167.23 | __1__ To __10__ __11__ To __58__ | $9,189.94 |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____    Total Due $_____
  Payable    $_____ /month (Months ____ to ____) Regular Payment $_____

Unsecured Creditors: Pay $__1,442.50__ /month (Months __59__ to __60__).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:
  Debtor will continue to pay first mortgage to FNMA (account # xxxx6743) direct.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

__/s/ Sean M. Murray, Esq. (Attorney for Debtor)__
Debtor
Date: __04/03/2017__ _____

LF 31 (rev. 01/08/10)