UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

IN RE:

CLINTON ANDERSON  
SSN: xxx-xx-1313

Case No.: 16-18625-MAM  
Chapter 13

           Debtor.
_____/

**MOTION TO DEEM MORTGAGE IS CURRENT**

According to the Trustee's records, the Debtor, CLINTON ANDERSON, has paid, and the Trustee has disbursed, all arrears and regular on-going payments to US Bank Trust, NA, as Trustee of the SCIG Series III Trust (the "Mortgagee") pursuant to the terms of the last confirmed plan. The last confirmed plan provided for arrears in the total amount of $71,919.44, and regular on-going payments in the total amount of $183,964.60. Since the Trustee's records reflect these payments are completed, the mortgage debt to Mortgagee should be current as of April 30, 2021, including the payment due thereupon.

THE MORTGAGEE SHALL FILE ANY OBJECTION TO THE STATUS OF THE MORTGAGE DEBT AS CURRENT NO LATER THAN TWO BUSINESS DAYS PRIOR TO THE SCHEDULED HEARING.

All parties wishing to be heard shall appear at the scheduled hearing. If there is a dispute as to the status of the mortgage, the court may take evidence at the hearing or treat the hearing as preliminary and set a further evidentiary hearing on a different date.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and that I am in compliance with the additional qualifications to practice set forth in Local Rule 2090-1(A).

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by electronic mail on June 17, 2021 to Robin R. Weiner, Trustee, ecf@ch13weiner.com;ecf2@ch13weiner.com and the Office of the U.S. Trustee, USTPRegion21.MM.ECF@usdoj.gov, and by U.S. Mail on June 17, 2021 to BSI Financial Services, 314 S. Franklin Street, 2nd Floor, P.O. Box 517, Titusville, PA 16354; Raymond Valderrama, BSI Financial Services, 1425 Greenway Drive, Ste. 400, Irving, TX 75038; Melbalynn Fisher, Esq., Ghidotti & Berger, LLP, 1031 N. Miami Beach Blvd. North Miami Beach, FL 33162; Melbalynn Fisher, Esq., Ghidotti & Berger, LLP, 1920 Old Tustin Avenue, Santa, Ana, CA 92705

SEAN M. MURRAY, P.A.
Attorney for Debtor
1147 South Ocean Drive
Ft. Pierce, FL  34949
Telephone: (772) 466-0087
Facsimile: (772) 461-9235

By: /s/Sean M. Murray, Esq.
SEAN M. MURRAY
Florida Bar No. 889600
Email: smurray1710@comcast.net